An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL RAY KNIGHT,
Appellant,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 64906

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is an appeal from a district court order dismissing a post-conviction petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Michael Ray Knight claims the district court erred by dismissing his petition without sufficiently explaining why each claim was dismissed and by relying on *Evans v. State*, 117 Nev. 609, 647, 28 P.3d 498, 523 (2001) (explaining that "[t]his court will not accept . . . conclusory, catchall attempts to assert ineffective assistance of counsel"), when dismissing his claims of ineffective assistance of appellate counsel. In his petition and supplement to the petition, Knight challenged his adjudication as a habitual criminal and claimed that trial and appellate counsel were ineffective for failing to challenge his adjudication as a habitual criminal. The district court dismissed Knight's petition on the basis that the claims regarding Knight's adjudication as a habitual criminal were barred pursuant to NRS 34.810 and Knight's claims concerning appellate counsel were not sufficiently pleaded. We conclude that the district court's order sufficiently outlined its reasons for dismissing the petition and that the district court did not err in relying on

14-23764

*Evans*; we decline Knight's invitation to limit *Evans* to claims of ineffective assistance of trial counsel. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Connie J. Steinheimer, District Judge
David Kalo Neidert
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk